Steven D. Gacovino
Gacovino Lake & Associates
270 West Main Street
Sayville, NY 11782
Telephone: (631) 543-5400
Facsimile: (631) 543-5450
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-3890 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Barbara Cochran,<br><br>　　　　　　　　Plaintiff<br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Barbara Cochran in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: 3/1, 2010    By: _____

**GACOVINO LAKE & ASSOCIATES**
270 West Main Street
Sayville, NY 11782
Telephone: (631) 543-5400
Facsimile: (631) 543-5450

*Attorneys for Plaintiff*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**